OPINION — AG — ** DUAL OFFICE HOLDING ** A BOARD OF LAW LIBRARY TRUSTEES (EXISTING UNDER 19 O.S. 815 [19-815](B)) MAY 'NOT' LAWFULLY ENTER INTO A CONTRACT OF EMPLOYMENT WHEREBY THE COUNTY ATTORNEY (WHO IS A MEMBER OF THE BOARD) IS EMPLOYED AT A SALARY OF $25.00 PER MONTH TO BE LIBRARIAN OF THE COUNTY LAW LIBRARY. (DUAL OFFICE HOLDING, COUNTY OFFICER, ELECT SUBORDINATE OFFICERS, DUTIES, AUTHORITY RESPONSIBILITY, JURISDICTION) CITE: 15 O.S. 211 [15-211], 19 O.S. 819 [19-819], 21 O.S. 344 [21-344], 51 O.S. 6 [51-6] [51-6] (CONFLICT OF INTEREST) (JAMES P. GARRETT)